# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                         Case No. 21-mc-50003
                                            Hon. Matthew F. Leitman

v

LARRY DARNELL MALONE

       Defendant,

and

ONE DETROIT CREDIT UNION,

       Garnishee.
_____/

## ORDER TO PAY

On January 4, 2021 the United States filed its application for issuance of a writ of garnishment.   (ECF No.1, PageID 1-2) The writ to One Detroit Credit Union was issued by the court on January 5, 2021. (ECF No. 3, PageID ) The writ was served on Malone and One Detroit Credit Union on January 20, 2021.   (ECF No. 2 PageID 10-11). The answer of One Detroit Credit Union has not been filed on the court docket. One Detroit Credit Union has provided the United States with an answer disclosing that Malone has an interest in two savings accounts.

No objection to the issuance of the writ, claim of exemption or motion to quash was filed.

Upon review of the record, and finding cause exists,

IT IS ORDERED that One Detroit Credit Union determine the balance in the savings accounts of March 15, 2021; and

IT IS FURTHER ORDERED that One Detroit Credit Union shall promptly remit 50% of the balance in the savings accounts as of March 15, 2021, made payable to the *United States*, to the Clerk of Court, Attn: Financial, 231 W. Lafayette Detroit MI; and

IT IS FURTHER ORDERED that the Clerk of the Court shall disburse these funds in accordance with the judgment in *United States v Larry Darnell Malone*, case number 05CR90008; and

IT IS FURTHER ORDERED that upon receipt of the proceeds from One Detroit Credit Union the United States acknowledges that the writ of garnishment issued on January 5, 2021 directed to One Detroit Credit Union is hereby dissolved. Any and all freezes imposed on Larry Darnell Malone's accounts shall be released from further obligation or liability under the writ of garnishment.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:   March 29, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 29, 2021, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764